Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 18-17590 (ABA)**

Nancy M. Krimm  
601 East Academy Street  
Clayton, NJ  08312

Monthly Payment: $460.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/28/2019 | $460.00 | 03/04/2019 | $460.00 | 03/27/2019 | $460.00 | 04/29/2019 | $460.00 |
| 05/22/2019 | $460.00 | 07/01/2019 | $460.00 | 07/23/2019 | $460.00 | 08/27/2019 | $460.00 |
| 09/25/2019 | $460.00 | 10/25/2019 | $460.00 | 11/26/2019 | $460.00 | 12/26/2019 | $460.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | NANCY M. KRIMM | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $2,685.00 | $2,685.00 | $0.00 | $584.68 |
| 1 | ATIRACREDIT | 33 | $3,814.38 | $0.00 | $3,814.38 | $0.00 |
| 2 | ALLY FINANCIAL | 33 | $12,499.55 | $0.00 | $12,499.55 | $0.00 |
| 3 | AMERICAN CORADIUS INT'L, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $2,467.04 | $0.00 | $2,467.04 | $0.00 |
| 5 | BOROUGH OF CLAYTON | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE AUTO FINANCE | 24 | $963.55 | $217.48 | $746.07 | $198.69 |
| 7 | NATIONSTAR MORTGAGE, LLC | 24 | $20,785.50 | $4,691.16 | $16,094.34 | $4,285.83 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $3,330.64 | $0.00 | $3,330.64 | $0.00 |
| 9 | FULTON BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | JERSEY SHORE F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $6,064.93 | $0.00 | $6,064.93 | $0.00 |
| 12 | NATIONSTAR MORTGAGE, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $6,506.68 | $0.00 | $6,506.68 | $0.00 |
| 14 | AMERICAN INFOSOURCE, LP | 33 | $621.26 | $0.00 | $621.26 | $0.00 |
| 15 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | VIKING CLIENT SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2018 | 2.00 | $0.00 |
| 07/01/2018 | Paid to Date | $900.00 |
| 08/01/2018 | 57.00 | $460.00 |
| 05/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,520.00 |
| Total paid to creditors this period: | $5,069.20 |
| Undistributed Funds on Hand: | $424.12 |
| Arrearages: | $460.00 |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**