Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–17590–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy M. Krimm
   601 E. Academy Street
   Clayton, NJ 08312

Social Security No.:
   xxx–xx–1894

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:              June 9, 2020
Time:              10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*38* – Certification in Opposition to Creditor, Nationstar Mortgage, LLC d/b/a Champion Mortgage Company's Certification of Default (related document:37 Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: 601 E. Academy Street, Clayton, NJ 08312. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company) filed by Harold N. Kaplan on behalf of Nationstar Mortgage LLC D/B/A Champion Mortgage Company. Objection deadline is 05/26/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) filed by Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company) filed by Richard S. Hoffman Jr. on behalf of Nancy M. Krimm. (Attachments: # 1 Certificate of Service) (Hoffman, Richard)

and transact such other business as may properly come before the meeting.


Dated: May 18, 2020
JAN: bed

                                                              Jeanne Naughton
                                                              Clerk