Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18–17590–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nancy M. Krimm
  601 E. Academy Street
  Clayton, NJ 08312

Social Security No.:
  xxx–xx–1894

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            June 9, 2020
Time:                10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*38* – Certification in Opposition to Creditor, Nationstar Mortgage, LLC d/b/a Champion Mortgage Company's Certification of Default (related document:37 Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: 601 E. Academy Street, Clayton, NJ 08312. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company) filed by Harold N. Kaplan on behalf of Nationstar Mortgage LLC D/B/A Champion Mortgage Company. Objection deadline is 05/26/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) filed by Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company) filed by Richard S. Hoffman Jr. on behalf of Nancy M. Krimm. (Attachments: # 1 Certificate of Service) (Hoffman, Richard)

and transact such other business as may properly come before the meeting.

Dated: May 18, 2020
JAN: bed

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Nancy M. Krimm  
    Debtor

Case No. 18-17590-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 18, 2020  
                        Form ID: 173     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2020.  
db         +Nancy M. Krimm,    601 E. Academy Street,    Clayton, NJ 08312-1529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2020 at the address(es) listed below:

         Harold N. Kaplan    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage Company hkaplan@rasnj.com, informationathnk@aol.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance, a division of Capital One, N.A. jschwartz@mesterschwartz.com  
         Justin Plean    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage Company bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Rebecca Ann Solarz    on behalf of Creditor    Nationstar HECM Acquisition Trust 2015-1, Wilmington Savings Fund Society, FSB, not individually, but solely as trustee rsolarz@kmllawgroup.com  
         Richard S. Hoffman, Jr.    on behalf of Debtor Nancy M. Krimm rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com  
         Sindi Mncina    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage Company smncina@rascrane.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                          TOTAL: 10