| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**Robertson, Anschutz & Schneid, P.L.**<br>Attorneys for Secured Creditor<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br><br>Harold Kaplan (HK0226) |
| In Re:<br><br>**Nancy M. Krimm,**<br><br>    **Debtor.** |

Order Filed on July 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-17590-ABA

Chapter 13

Judge: Andrew B. Altenburg Jr.

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: July 7, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: **Nancy M. Krimm**
Case No: 18-17590-ABA
Caption of Order**: ORDER VACATING STAY**

---

  Upon the motion of Nationstar Mortgage LLC D/B/A Champion Mortgage Company under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

  **ORDERED** that the automatic stay is vacated to permit the movant to institute, or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■  Real Property more fully described as: 601 E. Academy Street, Clayton, NJ 08312

  It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

  It is further ordered that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

  The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.