UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: NANCY M. KRIMM

Case No.: 18-17590
Chapter: 13
Judge: ABA

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Nancy M. Krimm, Debtor, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
US Bankruptcy Court,
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg on November 17, 2020 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 4B, 4th Floor (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Debtor is member of Class Action Suit regarding the drug "Benicar"

Pertinent terms of settlement:
Total Settlement amount - $10,711.15
Multi-District Litigation - Fees and Expenses - $2,109.94
The Gori Law Firm - Attorneys Fees and Expenses - $3,760.02
Net payment to client - $4,841.18

Objections must be served on, and requests for additional information directed to:

Name: Richard S. Hoffman, Jr., Esq.

Address: 412 Swedesboro Road, Mullica Hill, NJ 08062

Telephone No.: 856-694-3939

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Nancy M. Krimm  
    Debtor(s)

Case No. 18-17590-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Oct 21, 2020      Form ID: pdf905      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy M. Krimm, 601 E. Academy Street, Clayton, NJ 08312-1529 |
| 517478319 | + | ATIRAcredit, TMG Financial Srevices, PO Box 14542, Des Moines, IA 50306-3542 |
| 517458014 | | ATIRAcredit Mastercard, PO Box 10415, Des Moines, IA 50306-0415 |
| 517458012 | | Ally Capital Corp., PO BOx 380909, Minneapolis, MN 55438-0909 |
| 517458013 | | American Coradius Int'l, LLC, 2420 Sweet Home Road, Suite 150, Amherst, NY 14228-2244 |
| 517458016 | + | Borough of Clayton, 125 N. Delsea Drive, Clayton, NJ 08312-1698 |
| 517458018 | | Champion Mortgage, PO Box 619093, Dallas, TX 75261-9093 |
| 517458020 | | Fulton Bank of NJ, PO Box 790408, Saint Louis, MO 63179-0408 |
| 517458022 | #+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517612374 | + | NATIONSTAR MORTGAGE LLC, CHAMPION MORTGAGE COMPANY, 8950 Cypress Waters Blvd., Coppell TX 75019-4620 |
| 517458023 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 517494412 | + | Nationstar Mortgage, LLC, ROBERTSON, ANSCHUTZ & SCHNEID, P.L., 6409 Congress Ave, Suite # 100, Boca Raton Fl. 33487-2853 |
| 517458025 | | TMG Financial Services, 1600 NW 118th St, Des Moines, IA 50325 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 21 2020 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 21 2020 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 21 2020 22:52:22 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517472430 | | Email/Text: ally@ebn.phinsolutions.com | Oct 21 2020 22:00:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517458015 | | Email/Text: bankruptcy@pepcoholdings.com | Oct 21 2020 22:00:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517458017 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Oct 21 2020 22:52:53 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 517521031 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 21 2020 22:53:11 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517469764 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 21 2020 22:52:22 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 18-17590-ABA  Doc 47  Filed 10/23/20  Entered 10/24/20 00:51:59  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2020 | Form ID: pdf905 | Total Noticed: 31 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 517458019 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 21 2020 22:01:00 | | Comenity - HSN, PO Box 183043, Columbus, OH 43218-3043 |
| 517458021 | Email/Text: assetrecovery@jerseyshorefcu.org Oct 21 2020 22:00:00 | | Jersey Shore FCU, 1434 New Road, Northfield, NJ 08225 |
| 517601944 | Email/PDF: resurgentbknotifications@resurgent.com Oct 21 2020 22:53:15 | | LVNV Funding, LLC its successors and assigns as, assignee of U.S. Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517517453 | Email/PDF: cbp@onemainfinancial.com Oct 21 2020 22:52:18 | | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 517458024 | Email/PDF: cbp@onemainfinancial.com Oct 21 2020 22:52:18 | | One Main Financial, Attn: Bankruptcy Department, PO Box 6042, Sioux Falls, SD 57117-6042 |
| 517564364 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 21 2020 22:52:25 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517564365 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 21 2020 22:52:25 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517597684 | Email/Text: bnc-quantum@quantum3group.com Oct 21 2020 22:01:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517594793 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 21 2020 22:52:57 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517458026 | Email/Text: edinkel@vikingservice.com Oct 21 2020 22:02:00 | | Viking Client Services, PO BOx 59207, Minneapolis, MN 55459-0207 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Oct 21, 2020 | Form ID: pdf905 | Total Noticed: 31

| Name | Email Address |
| --- | --- |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| Justin Plean | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company bkyecf@rasflaw.com bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar HECM Acquisition Trust 2015-1 Wilmington Savings Fund Society, FSB, not individually, but solely as trustee rsolarz@kmllawgroup.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Nancy M. Krimm rshoffman@hoffmandimuzio.com lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company smncina@rascrane.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10