| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Richard S. Hoffman, Jr., Esquire (#RH-9353)<br>HOFFMAN DiMUZIO<br>A Partnership of Professional Corporations<br>412 Swedesboro Road<br>Mullica Hill, New Jersey 08062<br>(856) 694-3939<br>Attorneys for Debtor(s)<br><br>In Re:<br><br>NANCY M. KRIMM | Case No.: 18-17590<br><br>Chapter: 13<br><br>Adv. No.: _____<br><br>Hearing Date: 1/12/2022 @ 10:00<br><br>Judge: ABA |

## CERTIFICATION OF SERVICE

1. I, __Linda Jo McEvoy__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Richard S. Hoffman, Jr.__, who represents __the Debtor(s)__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __December 2, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Chapter 13 Plan Transmittal forwarding Modified Chapter 13 Plan dated December 1, 2021 and reflecting Confirmation Hearing date of January 12, 2022 at 10:00 a.m.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: December 2, 2021                           /s/ Linda Jo McEvoy
                                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ  08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>2100 One Newark Center<br>Suite 2000<br>Newark, NJ  07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nationstar Mortgage, LLC<br>d/b/a Champion Mortgage Company<br>Attn:  President/CEO<br>8950 Cypress Waters Blvd.<br>Coppell, TX  75019 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Harold Kaplan, Esquire<br>Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ  07004 | Attorneys for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Auto Finance<br>Attn: President/CEO<br>PO Box 259407<br>Plano, TX  75025 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jason Brett Schwartz, Esquire<br>Mester & Schwartz, P.C.<br>1333 Race Street<br>Philadelphia, PA  19107 | Attorneys for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

Richard S. Hoffman, Jr., Esq. (#RH-9353)
HOFFMAN DiMUZIO
A Partnership of Professional Corporations
412 Swedesboro Road
Mullica Hill, New Jersey  08062
(856) 803-5800
Attorneys for Debtor(s)

In Re:

NANCY M. KRIMM

Case No.:   18-17590

Hearing Date:  1/12/2022 @ 10:00

Judge:   ABA

## NOTICE OF CHAPTER 13 PLAN TRANSMITTAL

The enclosed ☐ plan, ☒ modified plan is proposed by the debtor and was filed on _____December 1, 2021_____. It has been served on you because the plan contains motions that may adversely affect your interest.

Your rights may be affected by this plan.  Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. This plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien.  The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate.  An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

☒ **Real Property:**

The debtor(s) has valued real property located at 601 E. Academy Street, Clayton, NJ  DEBTOR IS SURRENDERING PROPERTY    [*address*] at $_____140,000.00_____. The debtor(s) believes the first lien on the property to be in the approximate amount of $____20,785.50____

[*insert other liens as appropriate*]. As such, the debtor(s) believes there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

The debtor's valuation of the property is based on: (a) comparative market analysis; (b) broker price opinion; (c) appraisal; or (d) other: _____, a copy of which is attached. All forms of relief sought by motion appear in Part 7 of the plan.

☐ **Personal Property:**

The debtor(s) has valued personal property described as: _____
_____ at $_____.
The debtor(s) believes the lien on the property to be in the approximate amount of $_____
[*insert other liens as appropriate*]. As such, the debtor(s) believes there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

The debtor's valuation of the property is based on: (a) broker price opinion; (b) appraisal; or (c) other: _____, a copy of which is attached. All forms of relief sought by motion appear in Part 7 of the plan.

The Confirmation Hearing is scheduled for _____January 12, 2022 at 10:00 a.m._____. Objections to any relief sought in the plan, including relief sought by motion, must be filed with the Clerk of the Bankruptcy Court no later than 7 days prior to the confirmation hearing.

YOU SHOULD CONSULT WITH AN ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

*rev.8/1/17*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>Richard S. Hoffman, Jr., Esq. (#RH-9353)<br>HOFFMAN DiMUZIO<br>A Partnership of Professional Corporations<br>412 Swedesboro Road<br>Mullica Hill, New Jersey  08062<br>(856) 803-5800<br>Attorneys for Debtor(s) | |
| In Re:<br><br>NANCY M. KRIMM | Case No.:        18-17590<br><br>Hearing Date:  1/12/2022 @ 10:00<br><br>Judge:              ABA |

## NOTICE OF CHAPTER 13 PLAN TRANSMITTAL

The enclosed ☐ plan, ☒ modified plan is proposed by the debtor and was filed on _____December 1, 2021_____. It has been served on you because the plan contains motions that may adversely affect your interest.

> Your rights may be affected by this plan.  Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. This plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien.  The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate.  An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

☐ **Real Property:**

The debtor(s) has valued real property located at _____ _____ [*address*] at $_____. The debtor(s) believes the first lien on the property to be in the approximate amount of $_____

[*insert other liens as appropriate*]. As such, the debtor(s) believes there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

The debtor's valuation of the property is based on: (a) comparative market analysis; (b) broker price opinion; (c) appraisal; or (d) other: _____, a copy of which is attached. All forms of relief sought by motion appear in Part 7 of the plan.

☒ **Personal Property:**

The debtor(s) has valued personal property described as: 2011 Ford Escape _____ at $ 5,363.00 .

The debtor(s) believes the lien on the property to be in the approximate amount of $ 20,666.42 [*insert other liens as appropriate*]. As such, the debtor(s) believes there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

The debtor's valuation of the property is based on: (a) broker price opinion; (b) appraisal; or (c) other: _____, a copy of which is attached. All forms of relief sought by motion appear in Part 7 of the plan.

The Confirmation Hearing is scheduled for _____ January 12, 2022 at 10:00 a.m. _____ . Objections to any relief sought in the plan, including relief sought by motion, must be filed with the Clerk of the Bankruptcy Court no later than 7 days prior to the confirmation hearing.

YOU SHOULD CONSULT WITH AN ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

*rev.8/1/17*