Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−17590−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nancy M. Krimm
  601 E. Academy Street
  Clayton, NJ 08312

Social Security No.:
  xxx−xx−1894

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 13, 2018.

On 12/1/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:               January 12, 2022
Time:              10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 1, 2021
JAN:

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-17590-ABA |
| Nancy M. Krimm | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 01, 2021 | Form ID: 185 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy M. Krimm, 601 E. Academy Street, Clayton, NJ 08312-1529 |
| aty | + | D Todd Mathews, The Gori Law Firm, 156 Main Street, Edwardsville, IL 62025-1902 |
| 517478319 | + | ATIRAcredit, TMG Financial Srevices, PO Box 14542, Des Moines, IA 50306-3542 |
| 517458014 | | ATIRAcredit Mastercard, PO Box 10415, Des Moines, IA 50306-0415 |
| 517458012 | | Ally Capital Corp., PO BOx 380909, Minneapolis, MN 55438-0909 |
| 517458013 | | American Coradius Int'l, LLC, 2420 Sweet Home Road, Suite 150, Amherst, NY 14228-2244 |
| 517458016 | + | Borough of Clayton, 125 N. Delsea Drive, Clayton, NJ 08312-1698 |
| 517458018 | | Champion Mortgage, PO Box 619093, Dallas, TX 75261-9093 |
| 517458020 | | Fulton Bank of NJ, PO Box 790408, Saint Louis, MO 63179-0408 |
| 517612374 | + | NATIONSTAR MORTGAGE LLC, CHAMPION MORTGAGE COMPANY, 8950 Cypress Waters Blvd., Coppell TX 75019-4620 |
| 517458023 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 517494412 | + | Nationstar Mortgage, LLC, ROBERTSON, ANSCHUTZ & SCHNEID, P.L., 6409 Congress Ave, Suite # 100, Boca Raton Fl. 33487-2853 |
| 517458025 | | TMG Financial Services, 1600 NW 118th St, Des Moines, IA 50325 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 01 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 01 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 01 2021 20:39:28 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517472430 | | Email/Text: ally@ebn.phinsolutions.com | Dec 01 2021 20:35:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517458015 | | Email/Text: bankruptcy@pepcoholdings.com | Dec 01 2021 20:35:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517458017 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 01 2021 20:39:41 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 517521031 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 01 2021 20:39:28 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517469764 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 01 2021 20:39:40 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517458019 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 01 2021 20:35:00 | | Comenity - HSN, PO Box 183043, Columbus, OH 43218-3043 |
| 517458021 | | Email/Text: assetrecovery@jerseyshorefcu.org Dec 01 2021 20:35:00 | | Jersey Shore FCU, 1434 New Road, Northfield, NJ 08225 |
| 517601944 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 01 2021 20:39:30 | | LVNV Funding, LLC its successors and assigns as, assignee of U.S. Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517494412 | + | Email/Text: RASEBN@raslg.com Dec 01 2021 20:35:00 | | Nationstar Mortgage, LLC, ROBERTSON, ANSCHUTZ & SCHNEID, P.L., 6409 Congress Ave, Suite # 100, Boca Raton Fl. 33487-2853 |
| 517517453 | | Email/PDF: cbp@onemainfinancial.com Dec 01 2021 20:39:26 | | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 517458024 | | Email/PDF: cbp@onemainfinancial.com Dec 01 2021 20:39:33 | | One Main Financial, Attn: Bankruptcy Department, PO Box 6042, Sioux Falls, SD 57117-6042 |
| 517564364 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2021 20:39:35 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517564365 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2021 20:39:41 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517597684 | | Email/Text: bnc-quantum@quantum3group.com Dec 01 2021 20:35:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517594793 | + | Email/PDF: ebn_ais@aisinfo.com Dec 01 2021 20:39:29 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517458026 | | Email/Text: edinkel@vikingservice.com Dec 01 2021 20:36:00 | | Viking Client Services, PO BOx 59207, Minneapolis, MN 55459-0207 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 517458022 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2021                Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| Justin Plean | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company jplean@raslg.com bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar HECM Acquisition Trust 2015-1 Wilmington Savings Fund Society, FSB, not individually, but solely as trustee rsolarz@kmllawgroup.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Nancy M. Krimm rshoffman@hoffmandimuzio.com lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10