Printed on: 12/31/2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 18-17590 (ABA)**

Nancy M. Krimm　　　　　　　　　　　　　　　　　　　　　　　　　Monthly Payment: $526.00
601 East Academy Street　　　　　　　　　　　　　　　　　　　　　Payments / Month: 1
Clayton, NJ  08312　　　　　　　　　　　　　　　　　　　　　　　Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/29/2021 | $526.00 | 02/17/2021 | $526.00 | 04/07/2021 | $526.00 | 04/07/2021 | $526.00 |
| 06/22/2021 | $520.00 | 06/22/2021 | $520.00 | 06/22/2021 | $520.00 | 06/22/2021 | $544.00 |
| 08/31/2021 | $520.00 | 09/28/2021 | $520.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | NANCY M. KRIMM | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $2,685.00 | $2,685.00 | $0.00 | $0.00 |
| 1 | ATIRACREDIT | 33 | $3,814.38 | $0.00 | $3,814.38 | $0.00 |
| 2 | ALLY FINANCIAL | 33 | $12,499.55 | $0.00 | $12,499.55 | $0.00 |
| 3 | AMERICAN CORADIUS INT'L, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $2,467.04 | $0.00 | $2,467.04 | $0.00 |
| 5 | BOROUGH OF CLAYTON | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE AUTO FINANCE | 24 | $963.55 | $623.04 | $340.51 | $175.89 |
| 7 | NATIONSTAR MORTGAGE, LLC | 24 | $20,785.50 | $13,439.71 | $7,345.79 | $3,794.31 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $3,330.64 | $0.00 | $3,330.64 | $0.00 |
| 9 | FULTON BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | JERSEY SHORE F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $6,064.93 | $0.00 | $6,064.93 | $0.00 |
| 12 | NATIONSTAR MORTGAGE, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $6,506.68 | $0.00 | $6,506.68 | $0.00 |
| 14 | AMERICAN INFOSOURCE, LP | 33 | $621.26 | $0.00 | $621.26 | $0.00 |
| 15 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | VIKING CLIENT SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | NATIONSTAR MORTGAGE, LLC | 13 | $531.00 | $531.00 | $0.00 | $531.00 |
| 20 | CAPITAL ONE AUTO FINANCE | 24 | $1,935.77 | $1,052.25 | $883.52 | $407.62 |
| 21 | CAPITAL ONE AUTO FINANCE | 13 | $306.00 | $306.00 | $0.00 | $306.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 05/01/2018 | 21.00 | $0.00 |
| 02/01/2020 | Paid to Date | $9,672.00 |
| 03/01/2020 | 38.00 | $526.00 |
| 05/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,248.00 |
| Total paid to creditors this period: | $5,214.82 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $962.00 |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**