UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Justin D. Plean, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

In Re:

Agnieszka I Drupka,

Debtor.

Case No.:    17-21123-VFP

Chapter:    7

Judge:    Vincent F. Papalia

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Justin D. Plean, Esq. will be substituted as attorney of record for Harold Kaplan, Esq., on behalf of Secured Creditor Deutsche Bank National Trust Company in this case. [1]

Date:  6/30/22
/s/ Justin Plean
Signature of Former Attorney

Date:  6/30/22
/s/ Harold Kaplan
Signature of Substituted Attorney[2]

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.

*rev.8/1/16*

Case 18-17590-ABA    Doc 69    Filed 07/01/22    Entered 07/01/22 09:11:59    Desc Main
Document      Page 2 of 3

| Case # | Chapter | Date Filed | Attorney Subbed Out | Attorney Subbed In |
|---|---|---|---|---|
| 16-27233-JNP | 13 | 9/8/2016 | Justin Plean | Harold Kaplan |
| 16-28613-JKS | 13 | 9/29/2016 | Justin Plean | Harold Kaplan |
| 16-34207-ABA | 13 | 12/22/2016 | Justin Plean | Harold Kaplan |
| 17-13422-ABA | 13 | 2/23/2017 | Justin Plean | Harold Kaplan |
| 17-17665-ABA | 13 | 4/17/2017 | Justin Plean | Harold Kaplan |
| 17-20201-ABA | 13 | 5/18/2017 | Justin Plean | Harold Kaplan |
| 17-21123-VFP | 7 | 5/30/2017 | Justin Plean | Harold Kaplan |
| 17-21486-JNP | 13 | 6/2/2017 | Justin Plean | Harold Kaplan |
| 17-21684-VFP | 13 | 6/6/2017 | Justin Plean | Harold Kaplan |
| 17-21747-JNP | 13 | 6/7/2017 | Justin Plean | Harold Kaplan |
| 17-22612-JNP | 13 | 6/20/2017 | Justin Plean | Harold Kaplan |
| 17-26881-ABA | 13 | 8/20/2017 | Justin Plean | Harold Kaplan |
| 17-29122-JNP | 13 | 9/20/2017 | Justin Plean | Harold Kaplan |
| 17-30385-JNP | 13 | 10/6/2017 | Justin Plean | Harold Kaplan |
| 17-32016-ABA | 13 | 10/31/2017 | Justin Plean | Harold Kaplan |
| 17-32195-ABA | 13 | 11/1/2017 | Justin Plean | Harold Kaplan |
| 17-32911-ABA | 13 | 11/13/2017 | Justin Plean | Harold Kaplan |
| 18-14102-JNP | 13 | 3/1/2018 | Justin Plean | Harold Kaplan |
| 18-16427-VFP | 13 | 3/31/2018 | Justin Plean | Harold Kaplan |
| 18-16452-JNP | 13 | 4/1/2018 | Justin Plean | Harold Kaplan |
| 18-17590-ABA | 13 | 4/17/2018 | Justin Plean | Harold Kaplan |
| 18-23433-ABA | 13 | 7/3/2018 | Justin Plean | Harold Kaplan |
| 19-24404-ABA | 13 | 7/25/2019 | Justin Plean | Harold Kaplan |